FILED

OCT 21 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEMENDRASINH DABHI,<br>KIRANBHAI VASAVA,<br><br>Defendants. | ) | CASE NUMBER: 26-30129-DWD<br><br>Title 18,<br>United States Code,<br>Section 1349 |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**CONSPIRACY TO COMMIT WIRE FRAUD – 18 U.S.C. § 1349**

1. At all times material to the Indictment:

a. Defendants **HEMENDRASINH DABHI** and **KIRANBHAI VASAVA** were citizens of India and unlawfully in the United States.

b. Victim F.G. was an 83 year-old resident of East Alton, Illinois, within the Southern District of Illinois.

c. Victim M.P. was a 71 year-old resident of Shiloh, Illinois, within the Southern District of Illinois.

2. From on or about January 1, 2026, through June 23, 2026, in St. Clair and Madison County, Illinois, within the Southern District of Illinois and elsewhere, defendants,

**HEMENDRASINH DABHI** and
**KIRANBHAI VASAVA,**

knowingly conspired and agreed together and with others known and unknown to commit offenses against the United States, namely, to devise and participate in a scheme to defraud elderly victims,

and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme to defraud, and attempting to do so, knowingly did cause wire communications to be made in interstate commerce, in violation of 18 U.S.C. § 1343.

3. The object of this conspiracy was for **DABHI** and **VASAVA** and their co-conspirators to obtain money and other assets from elderly victims, including M.P. and F.G., that the conspirators were not entitled to receive.

4. It was part of the conspiracy and scheme to defraud that members of the conspiracy communicated with elderly victims by email, telephone, and text message and told them a fraudulent story about why they needed to send cash and other assets to the conspirators. On at least one occasion, a conspirator on such a call falsely identified himself as a federal agent, told the victim that their identity had been compromised, and told the victim that the victim needed to send money and other assets to fix the issue.

5. It was part of the conspiracy and scheme to defraud that the conspirators at times instructed a victim to place cash into a Bitcoin account and then take it from the victim. On or about May 26 and May 27, 2026, in furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, conspirators caused M.P. to deposit approximately $12,300 into bitcoin wallets. That deposit caused signals to be sent by means of wire communication across state lines.

6. It was further part of the conspiracy and scheme to defraud that the conspirators at times instructed victims to give assets to a courier who would come pick it up at or near the victim's residence or an agreed meeting location. **DABHI** and **VASAVA** served as couriers who met victims and took assets from the victims on behalf of the conspiracy across the Midwest. On or

about May 27, 2026, **VASAVA** and a co-conspirator picked up about $42,100 in cash from victim M.P. at an Aldi in Belleville, Illinois. On or about June 17, 2026, **VASAVA** and a co-conspirator picked up approximately $59,000 in cash from victim F.G. at CVS Pharmacy in Wood River, Illinois.

7. It was further part of the conspiracy and scheme to defraud that in order to transfer these assets to the couriers, conspirators at times instructed victims to make withdrawals from their bank accounts. On or about May 27, 2026, in furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, the conspirators caused M.P. to withdraw $42,100 from her bank account at FCB Bank in Collinsville, Illinois.

8. On or about June 17, 2026, in furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, the conspirators caused F.G. to withdraw $20,000 from his account at Regions Bank, which caused to be transmitted signals by means of wire communication in interstate commerce certain signals from Illinois to outside the state of Illinois.

9. It was further part of the conspiracy and scheme to defraud that the conspirators communicated with and between each other using encrypted messaging services, including WhatsApp, regarding possible pickups from the victims of the conspiracy. These messages often included details of the pickup, such as the amount, whether it was cash or gold, and the zip code of the victim. On at least one occasion, on June 17, 2026, a conspirator sent a message to a phone identified as belonging to **VASAVA** containing the following WhatsApp message relating to victim F.G., of East Alton, Illinois:

> *Name-[F.G.] Age-83 Sex-male Code-1414 Amount-$59,000 (Cash Pickup) Dress Code-top white T-shirt and bottom black half pant.*

This message caused signals to be sent by means of wire communication across state lines.

10. The assets received by **DABHI** and **VASAVA** were kept by coconspirators and not returned to the victims.

11. In furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, the conspirators caused sounds and signals to be transmitted by wire in interstate commerce from the Southern District of Illinois to servers located outside of the State of Illinois.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

As a result of the commission of the offense described in Count One of this Indictment,

**HEMENDRASINH DABHI** and
**KIRANBHAI VASAVA,**

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) any and all property constituting, or derived from, any proceeds said defendant obtained, directly or indirectly, as a result of said violations. The property to be forfeited includes, but is not limited to:

**$1,957.00 in United States Currency.**

**A TRUE BILL**

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.10.17 00:57:51 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

KATHLEEN M. HOWARD
Assistant United States Attorney